UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Anthony Fleming,

            Plaintiff(s),

v.                                       Case No. 2:23−cv−11109−JJCG−KGA
                                            Hon. Jonathan J.C. Grey

Rocket Mortgage, LLC,

            Defendant(s),

**NOTICE TO APPEAR REMOTELY**

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Jonathan J.C. Grey as follows:

- SCHEDULING CONFERENCE:  April 25, 2024 at 03:30 PM

The Court will host the hearing.  Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys.  Be advised that this is an attorneys−only proceeding.  Connection information and instructions may not be forwarded, distributed or shared with non−participants without the Court's advance approval.

**ADDITIONAL INFORMATION:**    ***Parties are to file FRCP 26(f) one week prior to conference***

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                            By: s/Sandra A Osorio
                                                  Case Manager

Dated:  April 11, 2024