# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ANTHONY FLEMING,

    *Plaintiff,*

v.

ROCKET MORTGAGE, LLC,

    *Defendant.*

Case No. 2:23-cv-11109

Hon. Jonathan J.C. Grey

ROBERT M. GIROUX (P47966)
ANDREW J. LAURILA (P78880)
Giroux Pappas Trial Attorneys, P.C.
Attorneys for Plaintiff
28588 Northwestern Hwy., Ste. 100
Southfield, MI 48034
(248) 531-8665; Fax: (248) 308-5540
rgiroux@greatMIattorneys.com
alaurila@greatMIattorneys.com

JAMES F. HERMON (P53765)
Dykema Gossett PLLC
Attorneys for Defendant
400 Renaissance Center
Detroit, MI 48243
(313) 568-6800
JHermon@dykema.com

CHRISTINA LEWIS
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-1000
ChristinaLewis@goodwinlaw.com

W. KYLE TAYMAN
Goodwin Procter LLP
Attorneys for Defendant
1900 N Street, N.W.
Washington, DC 20036-1612
(202) 346-4000
ktayman@goodwinlaw.com

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff Anthony Fleming ("Plaintiff") and Defendant Rocket Mortgage, LLC ("Rocket Mortgage") hereby stipulate and agree that Plaintiff is hereby dismissing all of his claims against Rocket Mortgage with prejudice, with each party waiving his or its rights of appeal and agreeing to bear his or its own attorney's fees and costs.

*[signatures on following page]*

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| | |
| */s/ Andrew J. Laurila (w/ permission)* | */s/ James F. Hemon* |
| Robert M. Giroux (P47966) | James F. Hermon (P53765) |
| Andrew J. Laurila (P78880) | Dykema Gossett PLLC |
| Giroux Pappas Trial Attorneys, P.C. | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | 400 Renaissance Center |
| 28500 Northwestern Hwy., Suite 100 | Detroit, Michigan 48243 |
| Southfield, MI 48034 | P: (313) 568-6800 |
| 248.531.8665; Fax: 248.308.5540 | JHermon@dykema.com |
| rgiroux@greatMIattorneys.com | |
| alaurila@greatMIattorneys.com | */s/ Christina Lewis* |
| | W. Kyle Tayman |
| | Goodwin Procter LLP |
| | *Attorneys for Defendant* |
| | 1900 N Street, N.W. |
| | Washington, DC 20036-1612 |
| | P: (202) 346-4000 |
| | ktayman@goodwinlaw.com |
| | |
| | Christina Lewis |
| | Goodwin Procter LLP |
| | 100 Northern Avenue |
| | Boston, MA 02210 |
| | Telephone: (617) 570-1000 |
| | ChristinaLewis@goodwinlaw.com |

SO ORDERED, this _____ day of _____ 2024.

_____
Hon. Jonathan J.C. Grey
United States District Judge