# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ANTHONY FLEMING,

    Plaintiff,

v.

ROCKET MORTGAGE, LLC,

    Defendant.

Case No. 23-cv-11109

Hon. Jonathan J.C. Grey

---

ROBERT M. GIROUX (P47966)
ANDREW J. LAURILA (P78880)
Giroux Pappas Trial Attorneys, P.C.
Attorneys for Plaintiff
28588 Northwestern Hwy., Ste. 100
Southfield, MI 48034
(248) 531-8665; Fax: (248) 308-5540
rgiroux@greatMIattorneys.com
alaurila@greatMIattorneys.com

JAMES F. HERMON (P53765)
Dykema Gossett PLLC
Attorneys for Defendant
400 Renaissance Center
Detroit, MI 48243
(313) 568-6800
JHermon@dykema.com

CHRISTINA LEWIS
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-1000
ChristinaLewis@goodwinlaw.com

W. KYLE TAYMAN
Goodwin Procter LLP
Attorneys for Defendant
1900 N Street, N.W.
Washington, DC 20036-1612
(202) 346-4000
ktayman@goodwinlaw.com

## JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff Anthony Fleming and Defendant Rocket Mortgage, LLC ("Rocket Mortgage") hereby stipulate and agree that Fleming is hereby dismissing all of his claims against Rocket Mortgage with prejudice, with each party waiving his or its rights of appeal and agreeing to bear his or its own attorney's fees and costs.

**SO ORDERED**.

This is a final order and closes this case.

**s/Jonathan J.C. Grey**
Jonathan J.C. Grey
Date: December 5, 2024      United States District Judge

Respectfully submitted,

/s/ Andrew J. Laurila (w/ permission)
Robert M. Giroux (P47966)
Andrew J. Laurila (P78880)
Giroux Pappas Trial Attorneys, P.C.
*Attorneys for Plaintiff*
28500 Northwestern Hwy., Suite 100
Southfield, MI 48034
248.531.8665; Fax: 248.308.5540
rgiroux@greatMIattorneys.com
alaurila@greatMIattorneys.com

Respectfully submitted,

 /s/ James F. Hemon
James F. Hermon (P53765)
Dykema Gossett PLLC
*Attorneys for Defendant*
400 Renaissance Center
Detroit, Michigan 48243
P: (313) 568-6800
JHermon@dykema.com

 /s/ Christina Lewis
W. Kyle Tayman
Goodwin Procter LLP
*Attorneys for Defendant*
1900 N Street, N.W.
Washington, DC 20036-1612
P: (202) 346-4000
ktayman@goodwinlaw.com

Christina Lewis
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-1000
ChristinaLewis@goodwinlaw.com

## **Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 5, 2024.

                                        **s/ S. Osorio**
                                        Sandra Osorio
                                        Case Manager